J. E. YATES v. STATE.

No. A-1845.  Opinion Filed December 16, 1913.

Appeal from County Court, Payne County;
W. H. Wilcox, Judge.

J. E. Yates was convicted of libel, and appeals.   Reversed.

P. D. Mitchell and Robt. A. Lowry, for plaintiff in error.

Smith C. Matson and R. E. Gish, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error, J. E. Yates was convicted in
the county court of Payne county in June, 1912, on a charge of libel
and his punishment fixed at a fine of $350 and imprisonment in the
county jail for a period of three months. Among other grounds for re-
versal by counsel in this case is the following instruction given by the
court: "If you find from the evidence beyond a reasonable doubt, each
and every material allegation of the information to be true, except
the charge in such information that defendant by such publication in-
tended to charge and did charge that R. E. Grant is an adulterer, then
you should acquit the defendant, unless you find from the evidence be-
yond a reasonable doubt that the article so published contained charges
other than adultery concerning the said R. E. Grant which were not true
and which were libelous within the definition heretofore given you."
This instruction was calculated to confuse the jury and is meaningless.

It should not have been given in the form presented. It is the duty of the court to give clear cut, concise instructions. After a careful reading of this record we are of opinion that the time of the court and jury and the money of the taxpayers of Payne county could be used to better advantage than in the prosecution of such cases as this appears to be. Apparently there is little merit to either side of this controversy. The judgment is reversed and cause remanded for a new trial.